ORDER
Motion granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JILRIALE LYLE, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:09-0333 |
| THE CATO CORPORATION, ) | Judge Echols/Bryant |
| Defendant. ) | |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Defendant hereby moves for a one day extension of the deadline for filing dispositive motions in this matter. On March 29, 2010, Defendant timely filed its Motion for Summary Judgment in this matter. However, due to technical difficulties associated with Defendant's counsel's efforts to file under the court's CM/ECF system documents in support of Defendant's Motion, specifically Defendant's Memorandum of Law, Statement of Undisputed Material Facts and Record Appendix were not filed until the early morning hours of March 30, 2010. Defendant therefore respectfully requests that the Court accept the late filing of these supporting documents or, in the alternative, extend the deadline for filing of all documents in support of dispositive motions by one day through March 30, 2010.