UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JILRIALE LYLE | ) | |
| | ) | |
| v. | ) | NO. 3:09-0333 |
| | ) | JUDGE ECHOLS |
| THE CATO CORPORATION | ) | |

## ORDER

The Final Pretrial Conference scheduled for July 26, 2010, and Bench Trial scheduled for September 7, 2010, are hereby CONTINUED and will be rescheduled by separate Order at a later date.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE