UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JILRIALE LYLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-0333 |
| ) | Judge Echols |
| THE CATO CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Motion for Summary Judgment (Docket Entry No. 17) filed by Defendant The Cato Corporation is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiff's retaliation claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, 42 U.S.C. § 1981, and the Tennessee Human Rights Act, T.C.A. § 4-21-101 *et seq.*, but DENIED with respect to Plaintiff's hostile work environment claim under those statutes.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE