# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| JILRIALE LYLE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:09-CV-0333 |
| THE CATO CORPORATION | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __The Cato Corporation__ recover costs from the plaintiff *(name)* __Jilriale Lyle__

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge __Thomas A. Wiseman, Jr.__ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 09/28/2010

CLERK OF COURT

*[signature]*
Signature of Clerk or Deputy Clerk